UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| GEORGE W. CARLISLE, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:06CV0643 AGF |
| CITY OF O'FALLON, | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the Memorandum Opinion filed herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered if favor of Defendant and against Plaintiff.

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of January, 2008.