UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEORGE W. CARLISLE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV0643 AGF |
| ) | |
| CITY OF O'FALLON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Plaintiff's motion to alter or amend judgment. No basis for reconsideration having been shown,

**IT IS HEREBY ORDERED** that Plaintiff's motion to alter or amend judgment is **DENIED**. [Doc. #66]

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of February, 2008.