UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEORGE W. CARLISLE JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV0643 AGF |
| ) | |
| CITY OF O'FALLON, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's motion for an extension of time to file a motion for a new trial is **GRANTED**. [Doc. #79]

**IT IS FURTHER ORDERED** that, upon review of the record and Plaintiff's motion for a new trial, said motion is **DENIED**. [Doc. #79]

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of February, 2008.